IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MELISSA RUTH HALL                                                                    PLAINTIFF

vs.                                        Civil No. 2:17-cv-02085

NANCY A. BERRYHILL                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 13th day of April 2018, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                    /s/  Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U. S. MAGISTRATE JUDGE